IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS LACOUR, Individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| NATIONWIDE CREDIT, INC. and AMERICAN EXPRESS COMPANY, ) ) ) | |
| Defendants. ) | Civil Action No. 3:19-CV-3075-C |

## ORDER

On this day, the Court considered the Parties' Stipulation of Dismissal with Prejudice, filed January 27, 2021, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that all claims asserted against Nationwide Credit, Inc. in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring the same.[1] This is a **partial dismissal** and does not affect Plaintiff's remaining claims asserted against American Express Company—which remain subject to final and binding arbitration.[2]

SO ORDERED this 1st day of February, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Although the Parties' stipulation seeks "the dismissal with prejudice of the above-styled case...," the Court notes that the stipulation also only seeks the dismissal of "any claims that were raised or that could have been raised ... against NCI...."

[2] The Court notes that American Express National Bank has been erroneously named as American Express Company in this civil action.