IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS LACOUR, Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| NATIONWIDE CREDIT, INC. and AMERICAN EXPRESS COMPANY, | ) ) ) ) |
| Defendants. | ) Civil Action No. 3:19-CV-3075-C |

**ORDER**

The Court notes that all claims in the above-styled and -numbered civil action have been settled or dismissed, except for those asserted by Plaintiff against American Express Company.[1] The case has been stayed pending arbitration and resolution of the claims against Defendant American Express Company. The Court finds that the case has been abandoned and Plaintiff has failed to prosecute any remaining claims against Defendant American Express Company.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all claims asserted against American Express Company in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) with costs taxed against the party incurring the same.

Signed this 20th day of March, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that American Express National Bank has been erroneously named as American Express Company in this civil action.